952 F.2d 1392
 ICI Service Corp. of New Jersey, 160 Inc., Northwestern
Consultants, Inc., Feature Homes, Inc., Lugli
(Russell V., Susan K.)
v.
Greene (Henry George), Silverstein (Sid), Pettiti (Charles),
Brucato (Paul), Jungblat (Arthur L.) v. Greene
(Henry George) v. First Pennsylvania
Bank, N.A., Quistgard (Russell J.)
 NO. 91-5188
 United States Court of Appeals,
Third Circuit.
 Dec 20, 1991
 
 Appeal From: D.N.J.,
 Rodriguez, J.
 
 
 1
 AFFIRMED.